UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

JACOB LEE TELLIS, )
          Petitioner, ) Case No. EDCV 11-1365 R (AJW)
          v. )
           ) ORDER ACCEPTING REPORT AND
FRANK X. CHAVEZ, ) RECOMMENDATION OF
           ) MAGISTRATE JUDGE
          Respondent. )

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

    DATED: _January 5, 2012_

                                            _____
                                            Manuel Real
                                            United States District Judge