UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JACOB LEE TELLIS, | ) |
| | ) |
| Petitioner, | ) No. EDCV 11-1365-R(AJW) |
| | ) |
| vs. | ) |
| | ) |
| FRANK X. CHAVEZ, | ) JUDGMENT |
| | ) |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: _January 5, 2012__

_____
Manuel Real
United States District Judge